ANONA SU (SBN 16140)
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113
Telephone: (702) 474-2689
Email: Anona.Su@wbd-us.com

*Attorney for Defendant*
*Hyundai Capital America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Viola Huerta<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; Trans Union, LLC; and Hyundai Capital America;<br><br>Defendants. | Case No. 2:26-CV-02311-CDS-BNW<br><br>**MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Hyundai Capital America ("HCA") respectfully requests a 30-day extension to answer or otherwise respond to Plaintiff Viola Huerta Complaint. The current deadline to respond is August 24, 2026. Plaintiff has agreed to a 30-day extension. Should this Court grant the extension, HCA will have until September 23, 2026. An extension is warranted based on the following:

1. Plaintiff filed the Complaint on July 29, 2026.
2. Plaintiff served the Summons and Complaint on HCA on August 3, 2026.
3. Based on the date of service of the Summons and Complaint, HCA's current deadline to respond to the Complaint is August 24, 2026.
4. HCA recently retained the undersigned counsel to represent it in this action.
5. On August 16, 2026, undersigned counsel contacted Plaintiff's counsel regarding a 30-day extension to answer or otherwise respond to the complaint and to allow HCA sufficient time to analyze and investigate the allegations in the Complaint.
6. On August 20, 2026, Plaintiff's counsel agreed to the 30-day extension.
7. The Parties agreed to begin early settlement discussions during this timeframe.
8. This extension request is sought in good faith and is not made for the purpose of delay.

Dated: August 24, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*

ANONA SU (SBN 16140)
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113

*Attorney for Defendant*
*Hyundai Capital America*

**ORDER**

Upon motion and agreement between the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant Hyundai Capital America shall have until September 23, 2026 to file a response to the Complaint.

**IT IS SO ORDERED.**

______________________________
UNITED STATES MAGISTRATE JUDGE
DATED: August 25, 2026

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Anona Su*
ANONA SU (SBN 16140)
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113

*Attorney for Defendant*
*Hyundai Capital America*