Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VIOLA HUERTA,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and HYUNDAI CAPITAL AMERICA,

Defendants.

Case No. 2:26-cv-02311-CDS-BNW

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

Complaint filed: July 29, 2026

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Viola Huerta ("Plaintiff"), by and through their respective counsel of record, hereby submit this joint motion to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1).

Plaintiff filed the Complaint on July 29, 2026, (ECF No. 1.) and currently Experian's responsive pleading is due on or about August 24, 2026. Experian has just retained undersigned counsel. This first extension will allow Experian an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until September 23, 2026, to file its responsive pleading. This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to

permit Experian an opportunity to more fully investigate the claims alleged after retention of counsel.

Dated this 24th of August 2026.

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
Telephone: (702) 420-7000

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

CONTEMPORARY LEGAL SOLUTIONS

By: *Eliyahu Babad*
Roberta M. Tzall, Esq.
Nevada Bar No. 13412
2551 North Green Valley Parkway
Building C, Suite 303
Henderson, Nevada 89014

Eliyahu Babad, Esq. (*admitted pro hac vice*)
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601

*Attorneys for Plaintiff Viola Huerta*

**IT IS SO ORDERED.**

Dated this 26th of August 2026.

UNITED STATES MAGISTRATE JUDGE